# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MADDOX & CISNEROS LLP,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES, et al.,<br><br>　　　　Defendant(s). | Case No. 2:23-cv-00467-CDS-NJK<br><br>**Order**<br><br>[Docket Nos. 19, 21] |

Pending before the Court is an order to show cause why this interpleader case should not be dismissed for failing to file a timely motion to set a scheduling conference. Docket No. 18 (discussing Local Rule 22-1).[1]  Plaintiff filed a response, along with a motion to schedule the scheduling conference. Docket Nos. 19, 21. That filing represents that, *inter alia*, the appearing parties are working toward an amicable resolution. Docket No. 19 at 3. Given the circumstances, the order to show cause is **DISCHARGED**. Counsel are cautioned that, moving forward, they must comply with all applicable rules. If an amicable resolution has not been reached and stipulated dismissal papers have not been filed, a proper motion to set a scheduling conference must be filed by February 16, 2024. The motion for scheduling conference (Docket No. 21) is **DENIED** as moot.

　　　　IT IS SO ORDERED.

　　　　Dated: January 19, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] On January 12, 2024, the undersigned was assigned to the case. Docket No. 17.

1