**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MADDOX & CISNEROS LLP, | Case No. 2:23-cv-00467-CDS-NJK |
|     Plaintiff(s), | **Order** |
| v. | [Docket No. 23] |
| CENTERS FOR MEDICARE AND MEDICAID SERVICES, et al., | |
|     Defendant(s). | |

Pending before the Court is Plaintiff's motion for a scheduling conference in this interpleader action, Docket No. 23, which is **GRANTED**. A scheduling conference is hereby **SET** for 10:00 a.m. on March 12, 2024, in Courtroom 3C.

IT IS SO ORDERED.

Dated: February 15, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1