KRISTINA R. WELLER, ESQ.
Nevada Bar No.: 007975
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Facsimile: (702) 444-4455
Email: Kristina@richardharrislaw.com
*Attorneys for Defendants, Donald Nobis; Orthopedic & Sports Medicine Institute of Las Vegas; Randa Bascharon, M.D.; Jorg Rosler, M.D., and Interventional Pain and Spine Institute Inc.*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| MADDOX & CISNEROS LLP, an association of professional corporations,<br><br>     Plaintiff,<br>vs.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES, a Federal entity; *et al.*<br><br>     Defendants. | CASE NO.:   2:23-CV-00467-CDS-NJK<br><br>**STIPULATION AND ORDER TO VACATE APRIL 19, 2024 SCHEDULING CONFERENCE** |

The Parties hereto, by and through their respective counsel of record, stipulate and agree as follows:

**IT IS HEREBY STIPULATED** that the April 19, 2024, Scheduling Conference be vacated pending the outcome of Plaintiff's Motion for Distribution of Interpleader Funds.

| | |
|---|---|
| **RICHARD HARRIS LAW FIRM** | **MADDOX & CISNEROS LLP** |
| */s/ Kristina*                   4/17/24<br>KRISTINA R. WELLER, ESQ.        Dated<br>Nevada Bar No.: 07975<br>*Attorney for Donald Nobis; Orthopedic & Sports Medicine Institute of Las Vegas; Randa Bascharon, M.D.; Jorg Rosler, M.D., and Interventional Pain and Spine Institute Inc.* | */s/ Norberto J. Cisneros*          4/17/24<br>NORBERTO J. CISNEROS, ESQ.    Dated<br>Nevada Bar No.: 8782<br>*Attorney for Plaintiff* |

**UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES**

*/s/ summer A. Johnson*                4/18/24
SUMMER A. JOHNSON, ESQ.        Dated
*Attorneys for the United States*

**IT IS SO ORDERED.**

Dated:  April 18, 2024

_____
UNITED STATES MAGISTRATE JUDGE