Norberto J. Cisneros, Esq., NV Bar No. 8782
Barbara M. McDonald, Esq., NV Bar No. 11651
**MADDOX & CISNEROS LLP**
1210 S. Valley View Blvd., Suite 202
Las Vegas, Nevada 89102
Telephone: (702) 366-1900
Facsimile: (702) 366-1999
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTICT OF NEVADA

| | |
|---|---|
| MADDOX & CISNEROS LLP, an association of profession corporations,<br><br>Plaintiff<br><br>vs.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES, a Federal entity, DIGNITY HEALTH d/b/a/ SAINT ROSE DOMINICAN HOSPITAL, a foreign non-profit corporation; SOUTHERN NEVADA MEDICAL GROUP, LTD, a domestic entity; SIMON MED IMAGING, INC., a foreign entity; DESERT ORTHOPAEDIC CENTER, LTD., a domestic entity; DANIEL L. BURKHEAD, M.D., LTD. d/b/a/ INNOVATIVE PAIN CENTER, a Nevada corporation; JEFFREY GROSS BILLING COMPANY, a domestic corporation; CENTENNIAL MEDICAL GROUP, a domestic limited-liability partnership; CENTENNIAL SURGERY CENTER, a Nevada business entity; ADVANCED ORTHOPEDICS AND SPORTS MEDICINE, a domestic entity; LOUIS ESTRADA, an individual; HAYDEE ESTRADA, an individual; DOE CORPORATIONS 1-50; and ROE INDIVIDUALS 1-50,<br><br>Defendants | CASE NO.:   2:23-cv-00467-CDS-NJK<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR DISTRIBUTION OF INTERPLEADER FUNDS**<br><br>[ECF No. 26] |

      Plaintiff MADDOX & CISNEROS LLP's motion for distribution of interpleader funds came before the Honorable Cristina D. Silva, on June 18, 2024. Appearing for MADDOX & CISNEROS LLP, was Norberto J. Cisneros, Esq., of the law firm, MADDOX & CISNEROS LLP.

ECF No. 33. Appearing for defendant JEFFREY GROSS BILLING COMPANY was Kristina R. Weller, Esq., of Richard Harris Law Firm. No other parties were in attendance. *Id.*

The Court, having reviewed the pleadings on file, and upon listening to arguments of counsel, and good cause appearing therefore:

The Court finds the following facts applicable to this matter.

Defendant LOUIS ESTRADA reached a settlement with State Farm Insurance for his claims in the amount of twenty-five thousand dollars ($25,000.00) and executed the Release of All Claims on March 25, 2022.

Defendant HAYDEE ESTRADA reached a settlement with State Farm Insurance for her claims in the amount of twenty-five thousand dollars ($25,000.00) and executed the Release of All Claims on March 25, 2022.

Plaintiff's attorney liens were perfected on November 30, 2021.

Defendant CENTERS FOR MEDICARE AND MEDICAID SERVICES has a valid lien against proceeds and filed an Answer on May 3, 2023.

Defendant SOUTHERN NEVADA MEDICAL GROUP, LTD has a valid lien against proceeds and filed an Answer on July 21, 2023.

Defendant ADVANCED ORTHOPEDICS AND SPORTS MEDICINE, LTD has a valid lien against proceeds and filed an Answer on July 21, 2023.

Defendant DANIEL L. BURKHEAD, M.D., LTD. d/b/a/ INNOVATIVE PAIN CENTER has a valid lien against proceeds and filed an Answer on July 21, 2023.

Defendant JEFFREY GROSS BILLING COMPANY has a valid lien against proceeds and filed an Answer on July 21, 2023.

Defendant CENTENNIAL MEDICAL GROUP has a valid lien against proceeds and filed an Answer on May 8, 2023.

Defendant CENTENNIAL SURGERY CENTER has a valid lien against proceeds and filed an Answer on May 8, 2023.

2

All remaining defendants have been properly served, and defaults have been entered against them, as follows:

| Party Name | Date Served | Status |
|---|---|---|
| DIGNITY HEALTH d/b/a/ SAINT ROSE DOMINICAN HOSPITAL | March 20, 2023 | Default Entered August 3, 2023 |
| SIMON MED IMAGING, INC. | March 20, 2023 | Default Entered August 3, 2023 |
| DESERT ORTHOPAEDIC CENTER, LTD. | February 17, 2023 | Default Entered August 3, 2023 |
| LOUIS ESTRADA | February 17, 2023 | Default Entered August 3, 2023 |
| HAYDEE ESTRADA | February 17, 2023 | Default Entered August 3, 2023 |

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff's motion for distribution of interpleader funds is GRANTED with distribution as follows:

Under *Edward J. Achrem v. Expressway Plaza Ltd. Pshp.*, 917 P.2d 447, 450 (Nev. 1996), "[w]hen a client assigns rights to the proceeds of a tort action to a creditor, those proceeds no longer belong to the client." Therefore, defendants Louis Estrada and Haydee Estrada are not entitled to any portion of their settlements.

MADDOX & CISNEROS, LLP and the answering defendants are awarded the settlement funds in accordance with their pro-rata amounts as follows:

**Re: Louis Estrada**

| Provider | Lien Amount | Pro-rata amount to be awarded |
|---|---|---|
| PLAINTIFF, for Attorney Fees and Costs | $9,050.87 | $9,050.87 |
| CMS | $25,634.78 | $12,526.90 |
| SOUTHERN NEVADA MEDICAL GROUP, LTD | $2,175.00 | $1,066.51 |

| | | |
|---|---|---|
| DANIEL L. BURKHEAD, M.D., LTD. d/b/a/ INNOVATIVE PAIN CENTER | $1,360.00 | $666.88 |
| ADVANCED ORTHOPEDICS AND SPORTS MEDICINE | $3,444.16 | $1,688.84 |
| Total | $41,664.81 | $25,000.00 |

**Re: Haydee Estrada**

| Provider | Lien Amount | Pro-rata amount to be awarded |
|---|---|---|
| PLAINTIFF, for Attorney Fees and Costs | $9,007.77 | $9,007.77 |
| CMS | $4,619.79 | $3,263.68 |
| SOUTHERN NEVADA MEDICAL GROUP, LTD | $2,025.00 | $1,430.57 |
| DANIEL L. BURKHEAD, M.D., LTD. d/b/a/ INNOVATIVE PAIN CENTER | $800.00 | $565.17 |
| JEFFREY GROSS BILLING COMPANY | $13,050.00 | $9,219.26 |
| CENTENNIAL MEDICAL GROUP | $1,349.98 | $953.70 |
| CENTENNIAL SURGERY CENTER | $792.48 | $559.85 |
| Total | $31,645.05 | $25,000.00 |

MADDOX & CISNEROS, LLP is hereby discharged from this action and is fully discharged from all liability to defendants, and each of the defendants and real parties in interest shall be restrained from institution any action against MADDOX & CISNEROS, LLP, for recovery of the amount of said settlement or any part thereof.

The Clerk of Court is kindly directed to close this case.

Dated: December 2, 2024

_____
Cristina D. Silva
United States District Judge